| | | | | |
|---|---|---|---|---|
| Lyons v. State | 76A03–1609–PC–2180 | 04/24/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Suggs v. State | 84A01–1611–CR–2685 | 04/24/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Draper v. State | 64A03–1612–CR–2943 | 04/24/2017 | BRADFORD, J.<br><br><br><br><br><br><br>NAJAM, J.<br>RILEY, J. | Affirmed in part, Reversed in part, and Remanded with instructions<br>Concurs<br>Concurs |
| Collins v. State | 79A02–1611–CR–2574 | 04/25/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Taylor v. State | 84A04–1609–CR–2254 | 04/25/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Anders v. State | 17A05–1611–CR–2634 | 04/25/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Drake v. McMillan | 27A02–1608–JP–1915 | 04/25/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs in result without opinion |
| Forest v. State | 82A04–1609–CR–1980 | 04/25/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Harris v. State | 49A02–1608–CR–1797 | 04/26/2017 | FRIEDLANDER, Sr.J.<br>NAJAM, J.<br>BROWN, J. | Affirmed<br><br>Concurs<br>Concurs |
| Deferbrache v. State | 20A03–1606–PC–1429 | 04/26/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |